AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

```
FILED           RECEIVED
ENTERED         SERVED ON
                COUNSEL/PARTIES OF RECORD

       June 4, 2014

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

|  |  |
|---|---|
| United States of America ) | |
| v. ) | Case No.    2:14-mj-387-NJK |
| E'Lala Leulu Frank, ) | |
| ) | Charging District:   Alaska at Anchorage |
| *Defendant* ) | Charging District's Case No.   3:14-cr-42-02-SLG-KFM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court - District of Alaska<br>222 W. 7th Avenue, #4, Anchorage, AK 99513<br>Before Magistrate Judge McCoy | Courtroom No.:  6 |
|---|---|---|
| | | Date and Time:   Monday, June 23, 2014, at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    Jun 4, 2014

*Judge's signature*

NANCY J. KOPPE, U.S. MAGISTRATE JUDGE
*Printed name and title*